# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE PEREZ, | No. EDCV 02-489-PSG(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DIANE BUTLER (Warden), | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

Case 5:02-cv-00489-PSG-CW   Document 49   Filed 08/09/10   Page 2 of 2   Page ID #:85

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:     August 9, 2010

_____
PHILIP S. GUTIERREZ
United States District Judge

2