**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GUADALUPE PEREZ, | No. EDCV 02-489-PSG(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DIANE BUTLER (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 9, 2010

PHILIP S. GUTIERREZ
United States District Judge

1